JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON APPARICIO, COLIN APPARICIO, AMRAN AHMED, individually, and on behalf of other persons similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>RADIOSHACK CORPORATION; and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. CV08-1145 GAF (AJWx)<br><br>[Assigned to Judge Gary A. Feess, Courtroom 740]<br><br>**JUDGMENT** |

The Court, on June 7, 2010, issued its Order Granting Final Approval of Class Settlement, Award of Attorney's Fees and Expenses, Class Representative Enhancements, and Release of All Claims by Settlement Class Members ("Order Granting Final Approval") granting approval to the Class Action Settlement Agreement in this matter.

Pursuant to Federal Rule of Civil Procedure 58, the Court HEREBY ORDERS ENTRY OF JUDGMENT as follows:

1. The Class as to whom this Judgment applies is defined as:

1

7775080V.3

> "All current and former employees of RadioShack Corporation in the State of California, during the period from October 25, 2003 through September 10, 2009 -- the date of the Court's preliminary approval of the Settlement, who used their personal vehicles for any work-related purpose, with the sole exception of transferring merchandise between stores, and were not reimbursed for expenses, and/or who made bank deposits on behalf of RadioShack and were not compensated for their time and/or reimbursed for their expenses to do so."

2. Persons who requested exclusion from the Class: (a) will not participate in the recovery obtained through the Settlement Agreement; and (b) are entitled to prosecute an individual lawsuit, or an individual claim with the California Labor Commission, in accordance with California law.

3. The parties shall comply with the terms and conditions of the Settlement Agreement and of the Order Granting Final Approval. In accordance with the terms of the Order Granting Final Approval, the matter and the Complaint on file herein shall be dismissed in its entirety, with prejudice. The Court shall retain jurisdiction over the parties to enforce the terms of this Judgment.

Dated: July 20, 2010

_____
Honorable Gary A. Feess
United States District Court

2

7775080V.3